JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD HERNANDEZ,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>LOS ANGELES COUNTY SHERIFFS MEN'S CENTRAL JAIL, *et al.*,<br><br>　　　　　　　　Defendants. | Case No. 2:23-cv-08001-FLA (AGR)<br><br>**ORDER DISMISSING ACTION [DKT. 38]** |

1

1   On February 5, 2025, the parties filed a Stipulation of Dismissal with Prejudice ("Stipulation"), requesting the court dismiss the action in its entirety pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  Dkt. 38,

Having reviewed and considered the Stipulation, the court hereby ORDERS that the above-entitled action be dismissed with prejudice against Defendant County of Los Angeles and any of its successors, predecessors, related entities, departments, subsidiaries, representatives, assigns, agents, partners, officers (including, without limitation, the Los Angeles County Sheriff's Department), directors, managers, insurers, shareholders, current and former employees, surviving family members of any former employees, estates of any former employees and attorneys (including, without limitation, Lawrence Beach Allen & Choi, PC), with each party to bear its own costs, attorneys' fees, and expenses.

IT IS SO ORDERED.

Dated: February 6, 2025

FERNANDO L. AENLLE-ROCHA
United States District Judge

2